# United States District Court

FOR THE

121        09 HAWAII

CR.01-00346  599070

UNITED STATES OF AMERICA
VS.

TERAOKA, RICKY Y

87-119 HELELUA ST
WAINAE          HI  96712

| Violation Notice Number(s) | Violation Date(s) |
|---|---|
| A286476  H19 | 06/30/01 |

**ANSWER TO AN INFORMATION**

*Defendant*

**MANDATORY COURT APPEARANCE IS REQUIRED.**

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
MAY 02 2008
SUE BEITIA, CLERK

OFFENSE: DRIVE W/SUSPENDED

TO ANY UNITED STATES MARSHAL OR OTHER AUTHORIZED OFFICER:

# WARRANT OF ARREST

You are hereby commanded to arrest and bring the above named defendant forthwith before the nearest available United States Magistrate Judge to answer to the above stated charge(s).

Bail set at  $100.00 UNSECURED BOND          WALTER A. Y. H. CHINN, CLERK

by _____
Deputy Clerk

Date August 28, 2001          U.S. Magistrate Judge Kevin S.C. Chang

*United States Magistrate Judge*

**RETURN**

| RECEIVED | Date | Location |
|---|---|---|
| | | |

*EXECUTED BY ARREST OF THE ABOVE-NAMED DEFENDANT.*

| | Date | Location |
|---|---|---|
| | | |

Name _____   Title _____   District _____
Date _____   Signature _____

DISMISSED
Date: APR 30 2008

**UNITED STATES DISTRICT COURT**

# VIOLATION NOTICE

Violation No. A286476

VIOLATION NO A286476

| CVB Loc. Code | Officer No. | Officer's Signature |
|---|---|---|
| H-19 | CA595 | Clark [signature] |

**VIOLATION CHARGED**

| Date (Mo. Day Yr.) | Time AM/PM | Arrest |
|---|---|---|
| 06 30 01 | 1408 (PM) | [X] Yes [ ] No |

| Viol. Code | Offense Code | Place of Offense |
|---|---|---|
| 2 | HRS 286-132 | Kawanuratrate |

Offense Description: Driving ~~while~~ NO Lisence ~~is Suspended or revoked~~

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Parking: [ ] Overt [ ] Restr. Zone | Visibility: [X] Day | [ ] Night | [ ] Fog/Rain/Snow | |
| Speeding: [ ] Exceeded Sp. Limit | Traffic: [X] Light | [ ] Heavy | [ ] Medium | |
| by Driving ___ mph in ___ Zone | Surface: [X] Dry | [ ] Wet | [ ] Snow | [ ] Ice |

**AGAINST THIS PERSON**

| Last Name | First Name | Middle Init. |
|---|---|---|
| Teraoka | Ricky | Y |

Street Address: 87-119 ~~Heleuta St~~ Helelua St

| City | State | Zip Code |
|---|---|---|
| Waianae | HI | 96712 |

| Birth Date | Sex | Height | Weight | Phone |
|---|---|---|---|---|
| 11/23/55 | M | 66" | 140 | 637/553 |

| Driver's License No. or Other ID | State | |
|---|---|---|
| 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 | HI | [X] Adult [ ] Juvenile |

**VEHICLE DESCRIPTION**

| Tag Number | Year | Color | State | Vehicle Make | Vehicle Body |
|---|---|---|---|---|---|
| KJP 070 | 85 | Wht | HI | Toyota | P/U |

**COURT APPEARANCE**

| Court Address | Date / Hour |
|---|---|
| | |

[X] A - MANDATORY APPEARANCE: If box A is checked, you must appear in court at the time and place shown above. If no court appearance date is shown above, you will be notified of your appearance date.

[ ] B - OPTIONAL APPEARANCE: If box B is checked, you must either:
1. Pay the collateral amount shown by mailing within 7 days; or
2. Appear in court at the time and place shown above. If no court appearance date is shown above, you will be notified of your appearance date.

COLLATERAL $ ______

DD Form 1805, AUG 86 *(Accountable)* *Previous editions are obsolete.*

CVB Copy

CR01 00346

AUG 28 2001

NW

## STATEMENT OF PROBABLE CAUSE

(for issuance of an arrest warrant or summons)

I state that on 30 June ~~6~~ 2001, while exercising my duties as a law enforcement officer at or near in the Schofield Bks District of Cahu

At the date and time on the reverse side the defendant attempted to enter post driving an 85 white in color Toyota P/U bearing NO post decal. When asked to show a valid license, he failed to do so. Investigation revealed that his license ~~is~~ is suspended.

The foregoing statement is based upon:

[X] my personal observation [X] my personal investigation
[ ] information supplied to me from my fellow officer's observation
[ ] other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of the violation notice is true and correct to the best of my knowledge.

Executed on: 30 Jun 01 — Date — [signature] Signature

Rebecca Clark Military Police — Print Name and Title

Probable cause has been stated for the issuance of a warrant for the arrest of the defendant named or identified herein.

Date ______ United States Magistrate

**PROMISE TO APPEAR**

(Violation Number)

*My signature below signifies that I have received a copy of the violation notice. It is not an admission of guilt. I promise to appear for trial at the time and place specified on the violation notice or any other date set by the court in the future.*

[signature] (Signature of Defendant)

[signature] (Signature of Officer) 30 Jun 01 (Date)

DD Form 1805 AUG 86